IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 3:12CR021(2) |
|---|---|---|
| v. | : | |
| LAMA J.B. DAOUD | : | ORDER FOR DISMISSAL WITHOUT PREJUDICE |

Pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, having considered the

United States' Motion to Dismiss the Indictment filed February 14, 2012, against LAMA J.B.

DAOUD in the above captioned matter, is hereby dismissed without prejudice.

SO ORDERED.

DATE: October 18, 2012

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT